IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR BRADFORD COUNTY FLORIDA

WESLEY N. BAILEY,

    Plaintiff,

v.

BELL-RICH TRANSPORTATION, LLC,
a foreign limited liability company, and
G&P TRUCKING COMPANY, INC.,
a foreign corporation,

    Defendants.
_____/

CASE NO: 2018-CA-000430
DIVISION: Circuit Civil

## AMENDED COMPLAINT

Plaintiff, WESLEY N. BAILEY, by and through the undersigned attorney, hereby sues Defendants, BELL-RICH TRANSPORTATION, LLC, and G&P TRUCKING COMPANY, INC., and alleges:

1. This is an action for damages in excess of $15,000.00, exclusive of attorneys' fees, interest, and costs.

2. This accident which gives rise to this Complaint occurred on or about June 11, 2015, in Lawtey, Bradford County, Florida.

3. Defendant, BELL-RICH TRANSPORTATION, LLC, a foreign Limited Liability Company, ("BELL-RICH") is now, and at all times mentioned in this Complaint, a foreign limited liability company organized and existing under the laws of the State of South Carolina, with its Registered Agent in Columbia, South Carolina. Pursuant to Fla. Stat. § 48.193(2), Defendant, BELL-RICH, has submitted to the jurisdiction of this State, acting either personally or through an agent, by continuously and substantially engaging in business in the State of Florida.


EXHIBIT A

4. Defendant, G&P TRUCKING COMPANY, INC., a foreign corporation, ("G&P") is now, and at all times mentioned in this Complaint, a foreign corporation organized and existing under the laws of the State of South Carolina, with its Registered Agent in Columbia, South Carolina. Pursuant to Fla. Stat. § 48.193(2), Defendant, "G&P", has submitted to the jurisdiction of this State, acting either personally or through an agent, by continuously and substantially engaging in business in the State of Florida.

5. At all times material hereto, Defendants, BELL-RICH and G&P were contracted to deliver goods from South Carolina to Florida.

6. On or about June 11, 2015, Defendant, BELL-RICH, owned a motor vehicle that was operated with knowledge and consent by TERRY A. HALL at or near the intersection of SR 200 near W. Lake St. in Lawtey, Bradford County, Florida.

7. At all times material hereto, Plaintiff was a resident of Bradford County, Florida.

8. This court has jurisdiction.

## BACKGROUND FACTS

9. On or about June 11, 2015, Plaintiff was a lawful passenger, travelling in a motor vehicle in Lawtey, Bradford County, Florida.

10. At approximately the same place and time TERRY A. HALL negligently operated the aforementioned vehicle such that it collided with the motor vehicle Plaintiff was travelling in.

11. TERRY A. HALL owed a duty to Plaintiff to maintain and operate the vehicle in a careful and prudent manner, and he breached that duty of care when he failed to

maintain and/or operate his vehicle so as to avoid colliding with the vehicle being driven by Plaintiff.

### COUNT I – DANGEROUS INSTRUMENTALITY (BELL-RICH)

Plaintiff re-alleges paragraphs 1 through 11 as if fully set forth herein and further alleges:

12. At all times material hereto TERRY A. HALL was an employee/agent of Defendant, BELL-RICH.

13. On or about June 11, 2015, Defendant, BELL-RICH, voluntarily entrusted the vehicle driven by TERRY A. HALL who operated said truck within the course and scope of his employment as an agent or employee of Defendant, BELL-RICH.

14. Defendant, BELL-RICH, is vicarious liable for TERRY A. HALL'S negligent operation and/or maintenance regarding said vehicle pursuant to the dangerous instrumentality doctrine.

15. As a direct and proximate result of the negligent driving actions and/or omissions of Defendant's driver, TERRY A. HALL, Plaintiff suffered permanent injuries within a reasonable degree of medical probability, resulting in pain and suffering, disability, mental anguish, loss of capacity for the enjoyment of life, expense of medical care and treatment, loss of earning and other economic damage, loss of ability to earn money in the future, and/or aggravation of a previously existing condition. The losses are continuing and the Plaintiff will suffer losses into the future.

**WHEREFORE**, Plaintiff demands judgment for damages and costs against Defendant, BELL-RICH, and further demands a trial by jury of all issues herein.

### COUNT II – RESPONDEAT SUPERIOR (BELL-RICH)

Plaintiff re-alleges paragraphs 1 through 11 as if fully set forth herein and further alleges:

16. At all times hereto, TERRY A. HALL was in the course and scope of his employment with BELL-RICH.

17. Defendant, BELL-RICH is liable for the negligent driving actions of its employee/agent, TERRY A. HALL, pursuant to the respondeat superior doctrine.

18. As a direct and proximate result of the negligent driving actions and/or omissions of Defendant's driver, TERRY A. HALL, Plaintiff suffered permanent injuries within a reasonable degree of medical probability, resulting in pain and suffering, disability, mental anguish, loss of capacity for the enjoyment of life, expense of medical care and treatment, loss of earning and other economic damage, loss of ability to earn money in the future, and/or aggravation of a previously existing condition. The losses are continuing and the Plaintiff will suffer losses into the future.

**WHEREFORE**, Plaintiff demands judgment for damages and costs against Defendant, BELL-RICH and further demands a trial by jury of all issues herein.

### COUNT III – RESPONDEAT SUPERIOR (G&P)

Plaintiff re-alleges paragraphs 1 through 11 as if fully set forth herein and further alleges:

19. At all times hereto, TERRY A. HALL was in the course and scope of his employment with G&P.

20. Defendant, G&P is liable for the negligent driving actions of its employee/agent, TERRY A. HALL, pursuant to the respondeat superior doctrine.

21. As a direct and proximate result of the negligent driving actions and/or omissions of Defendant's driver, TERRY A. HALL, Plaintiff suffered permanent injuries within a reasonable degree of medical probability, resulting in pain and suffering, disability, mental anguish, loss of capacity for the enjoyment of life, expense of medical care and treatment, loss of earning and other economic damage, loss of ability to earn money in the future, and/or aggravation of a previously existing condition. The losses are continuing and the Plaintiff will suffer losses into the future.

**WHEREFORE**, Plaintiff demands judgment for damages and costs against Defendant, G&P and further demands a trial by jury of all issues herein.

### COUNT IV – NEGLIGENCE (G&P)

Plaintiff re-alleges paragraphs 1 through 11 as if fully set forth herein and further alleges:

22. At all times material hereto, G&P owed to the public and to Plaintiff a non-delegable duty to exercise reasonable care in the operation of the aforementioned vehicle and in directing the transportation of goods and ensuring that the laws of the State of Florida were followed in the performance of the transportation of goods.

23. At all times material hereto, G&P, was directly liable for its own negligent acts and omissions and was vicariously liable for the negligent acts and omissions of its agents, apparent agents, servants, employees, contractors, owners and/or directors acting within the course and scope of such relationship and in furtherance of G&P's, business pursuits.

24. G&P breached its duty to the public and to Plaintiff directly and vicariously, by permitting or causing the aforementioned vehicle to be operated in a negligent manner.

25. As a direct and proximate result of the negligence of Defendant, G&P, Plaintiff suffered permanent injuries within a reasonable degree of medical probability, resulting in pain and suffering, disability, mental anguish, loss of capacity for the enjoyment of life, expense of medical care and treatment, loss of earning and other economic damage, loss of ability to earn money in the future, and/or aggravation of a previously existing condition. The losses are continuing and the Plaintiff will suffer losses into the future.

**WHEREFORE**, Plaintiff demands judgment for damages and costs against Defendant, G&P and further demands a trial by jury of all issues herein.

### COUNT V – NEGLIGENT SELECTION, HIRING, AND TRAINING (G&P)

Plaintiff re-alleges paragraphs 1 through 11 as if fully set forth herein and further alleges:

26. At all times material hereto, G&P owed to the public and to Plaintiff to exercise reasonable care in the operation of the aforementioned vehicle and in directing the transportation of goods and ensuring that the laws of the State of Florida were followed in the performance of the transportation of goods.

27. Upon information and belief, TERRY A. HALL, was operating as an employee or contractor for G&P relating to the transportation of goods, and in that role, was hired to perform duties owed to the public and to Plaintiff by G&P.

28. TERRY A. HALL was incompetent or unfit to perform the work for which he was hired to perform.

29. G&P knew, or should have known, that TERRY A. HALL was incompetent or unfit to perform the work for which he was hired to perform. Additionally, G&P was negligent in providing inadequate, or failing to provide, training related to the performance of the work for which he was hired to perform.

30. As a direct and proximate result of the negligence of Defendant, G&P, Plaintiff suffered permanent injuries within a reasonable degree of medical probability, resulting in pain and suffering, disability, mental anguish, loss of capacity for the enjoyment of life, expense of medical care and treatment, loss of earning and other economic damage, loss of ability to earn money in the future, and/or aggravation of a previously existing condition. The losses are continuing and the Plaintiff will suffer losses into the future.

**WHEREFORE**, Plaintiff demands judgment for damages and costs against Defendant, G&P and further demands a trial by jury of all issues herein.

Dated this 29th day of March, 2019.

CHRISTOPHER M. SPEZIOK (FL. Bar No. #1003695)
RONALD E. SHOLES (FL Bar No. #0536741)
RONALD E. SHOLES, P.A.
486 N. Temple Ave.
Starke, FL 32091
Ph: 904-964-4055  Fax: 904-964-4755
PrimaryEmail:RonSholesPA-Team19-eservice@YouHurtWeFight.com
Attorney for Plaintiff